# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 14-1077

In re: Racing Services, Inc.

------------------------------

PW Enterprises, Inc., a Nevada corporation

Appellee

v.

State of North Dakota, a governmental entity, et al.

Appellants

_____

Appeal from U.S. District Court for the District of North Dakota - Fargo
(3:12-cv-00112-RRE)
_____

**ORDER**

The motion of RSI Holdings, Inc. and Susan Bala for leave to file an amicus curiae brief has been considered by the court and is denied.

April 22, 2014

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
 /s/ Michael E. Gans